LOUIS SCHLESINGER COMPANY v. HARRY DIAMOND.

January 30, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM BANKSTON.

January 30, 1973. Petition for certification granted.

STATE OF NEW JERSEY v. JOEL ENGLISH.

January 30, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. MARION JACOBS, JR.

January 30, 1973. Petition for certification denied.